IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREEN MOUNTAIN GLASS, LLC AND CULCHROME, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAINT-GOBAIN CONTAINERS, INC. dba VERALLIA NORTH AMERICA,<br><br>Defendant. | Civil Action No. 1:14-cv-00392-GMS<br><br>JURY TRIAL DEMANDED |

### DECLARATION OF STEVEN M. SHEPARD IN SUPPORT OF PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF

I, Steven M. Shepard, declare:

1. I am an attorney in the law firm of Susman Godfrey L.L.P., counsel for Plaintiffs Green Mountain Glass, LLC and Culchrome, LLC in the above-captioned action. I am admitted to practice before this Court *pro hac vice*, and submit this declaration in support of Plaintiffs' Opening Claim Construction Brief. The factual matters set forth and the assertions made herein are true and correct to the best of my knowledge, information, and belief.

2. Attached as Exhibit 1 is a true and correct copy of an excerpt of Webster's Third New International Dictionary (Merriam-Webster 1986).

3. Attached as Exhibit 2 is a true and correct copy of the "full entry" definition of the word "unsorted," as displayed by the online edition of the Oxford English Dictionary (Oxford University Press 2015), accessed on February 9, 2015.

4. I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

1

Executed February 11, 2015.

_____
Steven M. Shepard

3545097v1/014229