IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREEN MOUNTAIN GLASS, LLC AND CULCHROME, LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>SAINT-GOBAIN CONTAINERS, INC. dba VERALLIA NORTH AMERICA,<br><br>  Defendant. | C.A. No. 14-cv-392-GMS<br><br>JURY TRIAL DEMANDED |

## PARTIES' JOINT APPENDIX

FARNAN LLP
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*

Dated: March 11, 2015

PEPPER HAMILTON LLP
Edmond D. Johnson (#2257)
James H. S. Levine (#5355)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: 302.777.6500
Facsimile: 302.421.8390
johnsone@pepperlaw.com
levinejh@pepperlaw.com

*Attorneys for Defendant*

**JOINT APPENDIX OF INTRINSIC EVIDENCE**

| Tab | Description | Party Citing | Pages |
|---|---|---|---|
| 1 | U.S. Patent No. 5,718,737 | Green Mountain Glass | A0001-A0006 |
| 2 | U.S. Patent No. 6,230,521 | Green Mountain Glass | A0007-A0065 |
| 3 | U.S Patent Application 08/399,299 | Green Mountain Glass | A0066-A0086 |
| 4 | Preliminary Rejection dated March 12, 1996, in the '299 Patent Application | Green Mountain Glass | A0087-A0093 |
| 5 | Preliminary Amendment dated September 23, 1996, in the '737 Prosecution History | Green Mountain Glass | A0094-A0116 |
| 6 | Response to Office Action dated Sepember 7, 1999, in the '521 Prosecution History | Green Mountain Glass | A0117-A0140 |
| 7 | Samuel R. Scholes, Modern Glass Practice, Chapter 6: "Chemical Composition of Glasses" (1975) (excerpts) | Green Mountain Glass | A0141-A0153 |
| 8 | Samuel R. Scholes, Modern Glass Practice, Chapter 17: "Color" (1975) | Green Mountain Glass | A0154-A0199 |
| 9 | Response to Office Action dated June 23, 1999, in the '521 Prosecution History | Ardagh Glass | A0200-A0209 |
| 10 | Preliminary Amendment dated May 3, 2000, in the '521 Prosecution History | Ardagh Glass | A0210-A0219 |
| 11 | Office Action Summary dated April 24, 1997, in the '737 Prosecution History | Green Mountain Glass | A0220-A0224 |
| 12 | Samuel R. Scholes, Modern Glass Practice, Chapter 7: "Raw Materials" (1975) | Green Mountain Glass | A0225-A0248 |
| 13 | Samuel R. Scholes, Modern Glass Practice, Chapter 13: "Melting" (1975) (excerpts) | Green Mountain Glass | A0249-A0265 |
| 14 | Samuel R. Scholes, Modern Glass Practice, Chapter 16: "Strain and Annealing" (1975) (excerpts) | Green Mountain Glass | A0266-A0275 |