IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREEN MOUNTAIN GLASS, LLC AND CULCHROME, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SAINT-GOBAIN CONTAINERS, INC. dba VERALLIA NORTH AMERICA, <br><br> Defendant. | Civil Action No. 1:14-cv-00392-GMS <br><br> JURY TRIAL DEMANDED |

## **VERDICT FORM**

In answering these questions, you are to follow all of the instructions I have given you. As used herein, "Green Mountain" means Green Mountain Glass, LLC and CulChrome, LLC, and "Ardagh" means Saint-Gobain Containers, Inc. dba Verallia North America now known as Ardagh Glass Inc. As used herein, "'737 Patent" means U.S. Patent No. 5,718,737, and "'521 Patent" means U.S. Patent No. 6,230,521.

I.  **Infringement**

**QUESTION 1:**

Did Green Mountain prove by a preponderance of the evidence that, it is more likely true than not that Ardagh infringed any of the following claims of the following patents?

**If you find the Claim infringed, answer "Yes," otherwise, answer "No."**

**'737 Patent**

Claim 1 __Yes__

Claim 18 __Yes__

Claim 20 __Yes__

Claim 21 __Yes__

Claim 22 __Yes__

Claim 24 __Yes__

**'521 Patent**

Claim 1 __No__

Claim 2 __No__

Claim 3 __No__

Claim 4 __No__

Claim 17 __No__

Claim 18 __No__

ANSWER QUESTION 2 ONLY FOR THOSE CLAIMS YOU ANSWERED "YES" FOR IN QUESTION 1 ABOVE---OTHERWISE DO NOT ANSWER THIS QUESTION AND PROCEED TO QUESTION 3.

**QUESTION 2:**

Did Green Mountain prove by a preponderance of the evidence that, it is more likely true than not that Ardagh's infringement was willful?

**Answer "Yes" or "No" only for the patent(s) for which you answered yes for any of the claims listed in question 1:**

'737 Patent   Yes

'521 Patent   _____

## II. <u>Validity</u>

**QUESTION 3:**

Did Ardagh prove by clear and convincing evidence that any of the following claims of the '737 Patent is invalid as being anticipated?

**If you find the Claim invalid as anticipated, answer "Yes," otherwise, answer "No."**

**'737 Patent**

Claim 1 **No**

Claim 18 **No**

Claim 20 **No**

Claim 21 **No**

Claim 22 **No**

Claim 24 **No**

**QUESTION 4:**

Did Ardagh prove by clear and convincing evidence that any of the following claims of the '737 Patent is invalid as being obvious to a person of ordinary skill in the art at the time the claimed inventions were made?

**If you find the Claim invalid as obvious, answer "Yes," otherwise, answer "No."**

**'737 Patent**

    Claim 1  No

    Claim 18  No

    Claim 20  No

    Claim 21  No

    Claim 22  No

    Claim 24  No

III. **Damages**

ANSWER QUESTION FIVE ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS TO BE INFRINGED AND NOT INVALID.

**QUESTION 5:**

What sum of money do you find from a preponderance of the evidence would adequately compensate Green Mountain for Ardagh's infringement of the patent claims that you have found were infringed by Ardagh?

$ 50,313,779.04

Signed this **21** day of April, 2017.

