IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREEN MOUNTAIN GLASS, LLC AND CULCHROME, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAINT-GOBAIN CONTAINERS, INC. dba VERALLIA NORTH AMERICA,<br><br>Defendant. | Civil Action No.14-cv-392-GMS<br><br>JURY TRIAL DEMANDED |

**SUPPLEMENTAL DECLARATION OF MICHAEL J. LASINSKI IN SUPPORT OF PLAINTIFFS' MOTION FOR PREJUDGMENT INTEREST, ENHANCED DAMAGES, ATTORNEYS' FEES, AND CONDITIONAL MOTION FOR A NEW TRIAL REGARDING ARDAGH'S INFRINGEMENT OF U.S. PATENT NO. 6,230,521**

I, MICHAEL J. LASINSKI, declare as follows:

1.  I am a Managing Director and the Chief Executive Officer of 284 Partners, LLC, a professional services firm focused on intellectual property valuation, litigation consulting, IP strategy, and IP transactional services. I was retained by plaintiffs to serve as an expert in the above-entitled action. Based on personal knowledge, if called upon, I could and would competently testify to the following.

2.  I have been asked to prepare various prejudgment interest calculations in order to assist the Court. On May 19, 2017, I submitted a declaration regarding prejudgment interest using the U.S. Prime Rate compounded quarterly. The calculations detailed in that declaration remain unchanged and are attached as Exhibits 1.1 to 1.4.[1]

---

[1] I have excluded Exhibits 2.1 through 2.11 of my initial declaration from the attached, as these calculations also remain unchanged.

1

3. Documents produced in this matter indicate that Green Mountain has incurred borrowing costs of 9% per annum.[2] I have therefore been asked to perform additional prejudgment interest calculations using a 9% interest rate compounded quarterly through June 30, 2017 (i.e., the end of Q2 2017). As detailed in Exhibits 3.1 and 3.2 (attached hereto), my calculations in this regard yield total prejudgment interest through June 30, 2017 of $32,361,026.09.

4. In addition to my calculations of prejudgment interest through June 30, 2017, I have also been asked to prepare a calculation of daily interest during the period July 1, 2017 through September 30, 2017 (i.e., Q3 2017) using this same 9% interest rate. As detailed in Exhibit 3.3, my calculations in this regard yield daily interest of $19,570.73 per day. If necessary, this daily amount can be multiplied by the appropriate number of days subsequent to June 30, 2017 and added to the $32,361,026.09 discussed above.

5. The calculations described above confirm my earlier statement that the Prime Rate serves as a conservative measure because plaintiffs borrowing cost would have been higher than the Prime Rate during this period.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of June, 2017, at Ann Arbor, Michigan.

_____
MICHAEL J. LASINSKI

---

[2] See, for example, GMG00000113206-208 at 206.

*Green Mountain Glass LLC et al. v. Saint-Gobain Containers, Inc. et al.*
**PREJUDGMENT INTEREST THROUGH JUNE 30, 2017**
Exhibit 1.1

| | |
|---|---:|
| Ending Accrued Royalties & Interest Through June 30, 2017 (1) | $60,661,678.22 |
| Jury Royalty Award (2) | $50,313,779.04 |
| Prejudgment Interest Through June 30, 2017 | $10,347,899.18 |

**Notes:**
(1) Exhibit 1.2.
(2) Judgment, April 26, 2017.

*Green Mountain Glass LLC et al. v. Saint-Gobain Containers, Inc. et al.*
**ACCRUED ROYALTIES & PREJUDGEMENT INTEREST THROUGH JUNE 30, 2017**
Exhibit 1.2

| Interest Period | Starting Accrued Royalties & Interest (1) | Prior Quarter Royalties (2) | Total Accrued Royalties & Interest (3) | Interest Rate (4) | Ending Accrued Royalties & Interest (5) |
|---|---|---|---|---|---|
| Q2 2008 | - | $55,178 | $55,178 | 5.08% | $55,866 |
| Q3 2008 | $55,866 | $1,525,620 | $1,581,486 | 5.00% | $1,600,894 |
| Q4 2008 | $1,600,894 | $1,698,660 | $3,299,554 | 4.06% | $3,332,536 |
| Q1 2009 | $3,332,536 | $1,531,680 | $4,864,216 | 3.25% | $4,903,265 |
| Q2 2009 | $4,903,265 | $1,505,916 | $6,409,181 | 3.25% | $6,460,633 |
| Q3 2009 | $6,460,633 | $1,823,688 | $8,284,321 | 3.25% | $8,350,826 |
| Q4 2009 | $8,350,826 | $1,876,728 | $10,227,554 | 3.25% | $10,309,659 |
| Q1 2010 | $10,309,659 | $1,666,776 | $11,976,435 | 3.25% | $12,072,579 |
| Q2 2010 | $12,072,579 | $1,834,824 | $13,907,403 | 3.25% | $14,019,050 |
| Q3 2010 | $14,019,050 | $1,902,360 | $15,921,410 | 3.25% | $16,049,224 |
| Q4 2010 | $16,049,224 | $1,895,616 | $17,944,840 | 3.25% | $18,088,897 |
| Q1 2011 | $18,088,897 | $1,821,528 | $19,910,425 | 3.25% | $20,070,263 |
| Q2 2011 | $20,070,263 | $1,912,539 | $21,982,801 | 3.25% | $22,159,275 |
| Q3 2011 | $22,159,275 | $1,884,181 | $24,043,456 | 3.25% | $24,236,473 |
| Q4 2011 | $24,236,473 | $2,008,676 | $26,245,149 | 3.25% | $26,455,840 |
| Q1 2012 | $26,455,840 | $1,750,193 | $28,206,033 | 3.25% | $28,432,466 |
| Q2 2012 | $28,432,466 | $1,773,643 | $30,206,108 | 3.25% | $30,448,597 |
| Q3 2012 | $30,448,597 | $1,812,817 | $32,261,414 | 3.25% | $32,520,403 |
| Q4 2012 | $32,520,403 | $1,909,929 | $34,430,332 | 3.25% | $34,706,733 |
| Q1 2013 | $34,706,733 | $1,858,379 | $36,565,111 | 3.25% | $36,858,649 |
| Q2 2013 | $36,858,649 | $1,922,154 | $38,780,803 | 3.25% | $39,092,128 |
| Q3 2013 | $39,092,128 | $2,123,327 | $41,215,455 | 3.25% | $41,546,325 |
| Q4 2013 | $41,546,325 | $2,042,211 | $43,588,536 | 3.25% | $43,938,457 |
| Q1 2014 | $43,938,457 | $1,860,217 | $45,798,673 | 3.25% | $46,166,336 |
| Q2 2014 | $46,166,336 | $1,675,473 | $47,841,809 | 3.25% | $48,225,874 |
| Q3 2014 | $48,225,874 | $1,830,389 | $50,056,263 | 3.25% | $50,458,106 |
| Q4 2014 | $50,458,106 | $1,835,808 | $52,293,914 | 3.25% | $52,713,720 |
| Q1 2015 | $52,713,720 | $1,713,821 | $54,427,541 | 3.25% | $54,864,475 |
| Q2 2015 | $54,864,475 | $1,261,448 | $56,125,923 | 3.25% | $56,576,492 |
| Q3 2015 | $56,576,492 | - | $56,576,492 | 3.25% | $57,030,677 |
| Q4 2015 | $57,030,677 | - | $57,030,677 | 3.29% | $57,494,176 |
| Q1 2016 | $57,494,176 | - | $57,494,176 | 3.50% | $57,990,779 |
| Q2 2016 | $57,990,779 | - | $57,990,779 | 3.50% | $58,491,671 |
| Q3 2016 | $58,491,671 | - | $58,491,671 | 3.50% | $58,996,890 |
| Q4 2016 | $58,996,890 | - | $58,996,890 | 3.55% | $59,513,104 |
| Q1 2017 | $59,513,104 | - | $59,513,104 | 3.79% | $60,069,786 |
| Q2 2017 | $60,069,786 | - | $60,069,786 | 4.00% | **$60,661,678** |

**Notes:**
(1) "Starting Accrued Royalties & Interest" equals prior period "Ending Accrued Royalties & Interest."
(2) Exhibit 2.1 (as attached to the May 19, 2017 Declaration of Michael J. Lasinski).
(3) Calculated as "Starting Accrued Royalties & Interest" plus "Prior Quarter Royalties."
(4) Exhibit 1.4.
(5) Calculated as "Total Accrued Royalties & Interest" * ((1 + Interest Rate) ^ 0.25).

*Green Mountain Glass LLC et al. v. Saint-Gobain Containers, Inc. et al.*
**DAILY INTEREST: JULY 1, 2017 - SEPTEMBER 30, 2017**
Exhibit 1.3

| Interest Period | Starting Accrued Royalties & Interest (1) | Prior Quarter Royalties (2) | Total Accrued Royalties & Interest (3) | Interest Rate (4) | Ending Accrued Royalties & Interest (5) |
|---|---|---|---|---|---|
| Q2 2017 | $60,069,786 | - | $60,069,786 | 4.00% | $60,661,678 |
| Q3 2017 | $60,661,678 | - | $60,661,678 | 4.00% | $61,259,402 |

| | |
|---|---|
| Total Interest - Q3 2017 | $597,724 |
| Days in Period | 92 |
| Daily Interest - Q3 2017 | $6,497.00 |

**Notes:**
(1) "Starting Accrued Royalties & Interest" equals prior period "Ending Accrued Royalties & Interest."  Q2 2017 per Exhibit 1.2.
(2) Exhibit 1.2.
(3) Calculated as "Starting Accrued Royalties & Interest" plus "Prior Quarter Royalties."
(4) Exhibit 1.4.  Holds current prime rate constant.
(5) Calculated as "Total Accrued Royalties & Interest" * ((1 + Interest Rate) ^ (1/ 4)).

*Green Mountain Glass LLC et al. v. Saint-Gobain Containers, Inc. et al.*
**PRIME INTEREST RATE**
Exhibit 1.4

| **Effective Date** | **Prime Rate** |
|---|---|
| 3/18/2008 | 5.25% |
| 4/30/2008 | 5.00% |
| 10/8/2008 | 4.50% |
| 10/29/2008 | 4.00% |
| 12/16/2008 | 3.25% |
| 12/17/2015 | 3.50% |
| 12/15/2016 | 3.75% |
| 3/16/2017 | 4.00% |

**Source:**
https://www.jpmorganchase.com/corporate/About-JPMC/historical-prime-rate.htm

*Green Mountain Glass LLC et al. v. Saint-Gobain Containers, Inc. et al.*
**PREJUDGMENT INTEREST THROUGH JUNE 30, 2017 AT 9% INTEREST RATE**
Exhibit 3.1

| | |
|---|---:|
| Ending Accrued Royalties & Interest Through June 30, 2017 (1) | $82,674,805.13 |
| Jury Royalty Award (2) | $50,313,779.04 |
| Prejudgment Interest Through June 30, 2017 at 9% Interest Rate | $32,361,026.09 |

**Notes:**
(1) Exhibit 3.2.
(2) Judgment, April 26, 2017.

*Green Mountain Glass LLC et al. v. Saint-Gobain Containers, Inc. et al.*
**ACCRUED ROYALTIES & PREJUDGEMENT INTEREST THROUGH JUNE 30, 2017 AT 9% INTEREST RATE**
Exhibit 3.2

| Interest Period | Starting Accrued Royalties & Interest (1) | Prior Quarter Royalties (2) | Total Accrued Royalties & Interest (3) | Interest Rate (4) | Ending Accrued Royalties & Interest (5) |
|---|---|---|---|---|---|
| Q2 2008 | - | $55,178 | $55,178 | 9.00% | $56,380 |
| Q3 2008 | $56,380 | $1,525,620 | $1,582,000 | 9.00% | $1,616,453 |
| Q4 2008 | $1,616,453 | $1,698,660 | $3,315,113 | 9.00% | $3,387,310 |
| Q1 2009 | $3,387,310 | $1,531,680 | $4,918,990 | 9.00% | $5,026,117 |
| Q2 2009 | $5,026,117 | $1,505,916 | $6,532,033 | 9.00% | $6,674,289 |
| Q3 2009 | $6,674,289 | $1,823,688 | $8,497,977 | 9.00% | $8,683,047 |
| Q4 2009 | $8,683,047 | $1,876,728 | $10,559,775 | 9.00% | $10,789,748 |
| Q1 2010 | $10,789,748 | $1,666,776 | $12,456,524 | 9.00% | $12,727,804 |
| Q2 2010 | $12,727,804 | $1,834,824 | $14,562,628 | 9.00% | $14,879,776 |
| Q3 2010 | $14,879,776 | $1,902,360 | $16,782,136 | 9.00% | $17,147,620 |
| Q4 2010 | $17,147,620 | $1,895,616 | $19,043,236 | 9.00% | $19,457,963 |
| Q1 2011 | $19,457,963 | $1,821,528 | $21,279,491 | 9.00% | $21,742,920 |
| Q2 2011 | $21,742,920 | $1,912,539 | $23,655,459 | 9.00% | $24,170,631 |
| Q3 2011 | $24,170,631 | $1,884,181 | $26,054,813 | 9.00% | $26,622,239 |
| Q4 2011 | $26,622,239 | $2,008,676 | $28,630,916 | 9.00% | $29,254,445 |
| Q1 2012 | $29,254,445 | $1,750,193 | $31,004,637 | 9.00% | $31,679,862 |
| Q2 2012 | $31,679,862 | $1,773,643 | $33,453,505 | 9.00% | $34,182,061 |
| Q3 2012 | $34,182,061 | $1,812,817 | $35,994,878 | 9.00% | $36,778,781 |
| Q4 2012 | $36,778,781 | $1,909,929 | $38,688,710 | 9.00% | $39,531,280 |
| Q1 2013 | $39,531,280 | $1,858,379 | $41,389,659 | 9.00% | $42,291,050 |
| Q2 2013 | $42,291,050 | $1,922,154 | $44,213,204 | 9.00% | $45,176,087 |
| Q3 2013 | $45,176,087 | $2,123,327 | $47,299,414 | 9.00% | $48,329,510 |
| Q4 2013 | $48,329,510 | $2,042,211 | $50,371,721 | 9.00% | $51,468,725 |
| Q1 2014 | $51,468,725 | $1,860,217 | $53,328,942 | 9.00% | $54,490,349 |
| Q2 2014 | $54,490,349 | $1,675,473 | $56,165,822 | 9.00% | $57,389,011 |
| Q3 2014 | $57,389,011 | $1,830,389 | $59,219,400 | 9.00% | $60,509,091 |
| Q4 2014 | $60,509,091 | $1,835,808 | $62,344,899 | 9.00% | $63,702,658 |
| Q1 2015 | $63,702,658 | $1,713,821 | $65,416,479 | 9.00% | $66,841,131 |
| Q2 2015 | $66,841,131 | $1,261,448 | $68,102,579 | 9.00% | $69,585,729 |
| Q3 2015 | $69,585,729 | - | $69,585,729 | 9.00% | $71,101,180 |
| Q4 2015 | $71,101,180 | - | $71,101,180 | 9.00% | $72,649,634 |
| Q1 2016 | $72,649,634 | - | $72,649,634 | 9.00% | $74,231,811 |
| Q2 2016 | $74,231,811 | - | $74,231,811 | 9.00% | $75,848,445 |
| Q3 2016 | $75,848,445 | - | $75,848,445 | 9.00% | $77,500,286 |
| Q4 2016 | $77,500,286 | - | $77,500,286 | 9.00% | $79,188,101 |
| Q1 2017 | $79,188,101 | - | $79,188,101 | 9.00% | $80,912,674 |
| Q2 2017 | $80,912,674 | - | $80,912,674 | 9.00% | **$82,674,805** |

**Notes:**
(1) "Starting Accrued Royalties & Interest" equals prior period "Ending Accrued Royalties & Interest."
(2) Exhibit 2.1 (as attached to the May 19, 2017 Declaration of Michael J. Lasinski).
(3) Calculated as "Starting Accrued Royalties & Interest" plus "Prior Quarter Royalties."
(4) See, for example, GMG00000113206-208 at 206.
(5) Calculated as "Total Accrued Royalties & Interest" * ((1 + Interest Rate) ^ 0.25).

*Green Mountain Glass LLC et al. v. Saint-Gobain Containers, Inc. et al.*
**DAILY INTEREST: JULY 1, 2017 - SEPTEMBER 30, 2017 AT 9% INTEREST RATE**
Exhibit 3.3

| Interest Period | Starting Accrued Royalties & Interest (1) | Prior Quarter Royalties (2) | Total Accrued Royalties & Interest (3) | Interest Rate (4) | Ending Accrued Royalties & Interest (5) |
|---|---|---|---|---|---|
| Q2 2017 | $80,912,674 | - | $80,912,674 | 9.00% | $82,674,805 |
| Q3 2017 | $82,674,805 | - | $82,674,805 | 9.00% | $84,475,312 |
| | | | Total Interest - Q3 2017 | | $1,800,507 |
| | | | Days in Period | | 92 |
| | | | Daily Interest - Q3 2017 | | $19,570.73 |

**Notes:**
(1) "Starting Accrued Royalties & Interest" equals prior period "Ending Accrued Royalties & Interest."  Q2 2017 per Exhibit 1.2.
(2) Exhibit 3.2.
(3) Calculated as "Starting Accrued Royalties & Interest" plus "Prior Quarter Royalties."
(4) See, for example, GMG00000113206-208 at 206.
(5) Calculated as "Total Accrued Royalties & Interest" * ((1 + Interest Rate) ^ (1/ 4)).