IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GREEN MOUNTAIN GLASS LLC & )
CULCHROME, LLC )
)
Plaintiffs, )
)
v. ) C.A. No. 14-392-GMS
)
SAINT-GOBAIN CONTAINERS, INC., )
dba VERALLIA NORTH AMERICA )
)
Defendant. )

## ORDER

At Wilmington this 7th day of March, 2018, IT IS HEREBY ORDERED THAT:

1. Defendant's Motions (D.I. 249) are DENIED;

2. Plaintiffs' Motions (D.I. 251) for enhanced damages, attorney's fees, and a conditional new trial are DENIED;

3. Plaintiffs Motion for prejudgment interest is GRANTED; and

4. Defendant shall pay prejudgment interest at a prime rate compounded quarterly.

UNITED STATES DISTRICT JUDGE