# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREEN MOUNTAIN GLASS, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAINT-GOBAIN CONTAINERS, INC., d/b/a VERALLIA NORTH AMERICA, <br><br> Defendant. | C.A. No. 14-392-GMS |

## NOTICE OF APPEAL TO THE UNITED STATES
## COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Notice is hereby given that Defendant Saint-Gobain Containers, Inc., d/b/a Verallia North America, now known as Ardagh Glass Inc., in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on April 26, 2017 (D.I. 242) (the "Final Judgment"), the March 8, 2018 order on the parties' post-trial motions (the "Order on Post-Trial Motions") (D.I. 273 & 274), and from all findings, rulings, determinations, conclusions, orders, opinions, and decisions leading to or merged or incorporated into the Final Judgment or Order on Post-Trial Motions, and from all subsidiary findings and conclusions of the Court.

Date: March 23, 2018

Of Counsel:

John Allcock (*admitted pro hac vice*)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA  92101-4297
Telephone:  (619) 699-2828
Facsimile:  (619) 764-6628
john.allcock@dlapiper.com

Paul Steadman (*admitted pro hac vice*)
Matthew Satchwell (*admitted pro hac vice*)
Ferlillia V. Roberson (*admitted pro hac vice*)
Steven Reynolds (*admitted pro hac vice*)
DLA PIPER LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL  60601-1293
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
paul.steadman@dlapiper.com
matthew.satchwell@dlapiper.com
ferlillia.roberson@dlapiper.com
steven.reynolds@dlapiper.com

Stuart E. Pollack (*admitted pro hac vice*)
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY  10020-1104
Telephone:  (212) 335-4964
Facsimile:  (212) 884-8464
stuart.pollack@dlapiper.com

Kathryn Riley Grasso (*admitted pro hac vice*)
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC  20004
Telephone:  (202) 799-4000
Facsimile:  (202) 799-5000
kathryn.riley@dlapiper.com

Respectfully submitted,

**DLA PIPER LLP (US)**

  */s/ Brian A. Biggs*
Brian A. Biggs (DE Bar No. 5591)
1201 North Market Street, Suite 2100
Wilmington, DE  19801-1147
Telephone:  302-468-5700
Facsimile:  302-394-2341
brian.biggs@dlapiper.com

*Attorneys for Defendant and Counterclaim Plaintiff Saint-Gobain Containers, Inc. d/b/a Verallia North America, now known as Ardagh Glass Inc.*

Dawn M. Jenkins (*admitted pro hac vice*)
DLA PIPER LLP (US)
1000 Louisiana Street, Suite 2800
Houston, TX 77002-5005
Telephone: (713) 425-8400
Facsimile: (713) 425-8401
dawn.jenkins@dlapiper.com