IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREEN MOUNTAIN GLASS, LLC AND CULCHROME, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAINT-GOBAIN CONTAINERS, INC. dba VERALLIA NORTH AMERICA,<br><br>Defendant. | Civil Action No. 14-cv-392-GMS |

## NOTICE OF CROSS-APPEAL

Notice is hereby given that Plaintiffs Green Mountain Glass, LLC and CulChrome LLC, in the above-captioned case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the District Court's denial of enhanced damages to Plaintiffs under 35 U.S.C. § 284 in the March 8, 2018 order on the parties' post-trial motions (the "Order on Post-Trial Motions") (D.I. 273 & 274), the final judgment entered in this action on April 26, 2017 (D.I. 242) (the "Final Judgment"), and from all findings, rulings, determinations, conclusions, orders, opinions, and decisions preceding or leading to or merged or incorporated into the Final Judgment or Order on Post-Trial Motions, and from all subsidiary findings and conclusions of the Court.

DATED: April 4, 2018

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE  19801

Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Justin A. Nelson (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: jnelson@susmangodfrey.com

Matthew R. Berry (admitted *pro hac vice*)
John E. Schiltz (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: mberry@susmangodfrey.com
Email: jschiltz@susmangodfrey.com

Steven M. Shepard (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 100019-6023
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
Email: sshepard@susmangodfrey.com

Robert S. Bramson (admitted *pro hac vice*)
BRAMSON & PRESSMAN
1100 East Hector Street, Suite 410
Conshohocken, PA 19428
Telephone: (610) 260-4444
Facsimile: (610) 260-4445
rbramson@b-p.com

***Attorneys for Green Mountain Glass LLC and CulChrome LLC***